JUDGE SWAIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CISCO SYSTEMS, INC.

                         *Plaintiff,*

    -against-

SYNAMEDIA LTD. F/K/A TRITON UK BIDCO
LIMITED

                         *Defendant.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

20 CV 10879

Civil Action No. _____

**JUDGE**

~~[PROPOSED]~~ **ORDER FOR  FILING
COMPLAINT UNDER SEAL**

     Pursuant to the Local Rules of the United States District Court for the Southern District of New York, and upon the representation of Plaintiff Cisco Systems, Inc. ("Cisco") that (1) the Complaint specifically quotes from or discusses in detail information related to a Purchase Agreement by and between Cisco and Defendant Synamedia Ltd. f/k/a Triton UK Bidco Limited ("Synamedia") ("Purchase Agreement") that is restricted from disclosure pursuant to a Confidentiality Agreement that is specifically incorporated at Section 5.2(b) of the Purchase Agreement or otherwise contains proprietary and business sensitive information concerning how Cisco structures and/or values the sales of assets in a divestiture; and (2) the Complaint attaches as Exhibits to the Complaint – the Purchase Agreement (Exhibit A), the First Amendment to the Purchase Agreement (Exhibit B), the Schedules to the Purchase Agreement (Exhibit C), the at issue Lease referenced in the Schedules to the Purchase Agreement (Exhibit D), and the Second Amendment to the Purchase Agreement (Exhibit E) – which are similarly subject to the above described Confidentiality Agreement incorporated into the Purchase Agreement or otherwise

contains proprietary and business sensitive information concerning how Cisco structures and/or values the sales of assets in a divestiture, the Court hereby seals Cisco's Complaint against Synamedia, along with the attached Exhibits (Exhibits A–E).  Cisco has submitted to the Court a redacted copy of the Complaint for public filing.

IT IS HEREBY ORDERED that the Complaint and the Exhibits in the above captioned case are sealed.  IT IS FURTHER ORDERED that once Defendant has appeared in this action that the parties meet and confer concerning whether or not redactions to the sealed documents can be made and submit those redactions for consideration by the assigned district court judge consistent with that judge's individual rules.

Dated: _____ 12/23/2020

SO ORDERED:

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE