UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

CISCO SYSTEMS, INC.,

       Plaintiff,

  -v-                                      No.  20-CV-10879  LTS

SYNAMEDIA LTD., *formerly known as*
TRITON UK BIDCO LIMITED,

       Defendant.

-------------------------------------------------------x

## ORDER

The Court has received Defendant's Motion to Dismiss dated January 25, 2021 (Docket Entry No. 13), accompanied by a memorandum of law (Docket Entry No. 15) and the declaration of Matthew D. Parrott, Esq. (Docket Entry No. 17), each filed using a restricted viewing level, as well as redacted versions of those filings.  (Docket Entry Nos. 14, 16.) Defendant has not filed a motion or letter motion to seal the unredacted versions of those filings, however, as required by Section 6 of the Court's Electronic Case Filing Rules & Instructions ("ECF Rules"), see https://nysd.uscourts.gov/rules/ecf-related-instructions, and Section A.5.b.ii of the Individual Practices of Judge Laura Taylor Swain.  See https://www.nysd.uscourts.gov/hon-laura-taylor-swain.  Defendant shall file its motion or letter motion to seal and supporting documents, in compliance with those rules, by **February 8, 2021**.

The parties are also reminded of the Court's Order dated December 23, 2020 (Docket Entry No. 3), which directed the parties to, "once Defendant has appeared in this action . . . meet and confer concerning whether or not redactions to the [Complaint and exhibits thereto] can be made," and to "submit those redactions for consideration."  The parties shall promptly

comply with that Order, and Plaintiff shall file a separate motion or letter motion to seal (as to the Complaint and its exhibits), in compliance with the Court's ECF Rules and this Court's Individual Practices, by **February 12, 2021**.

SO ORDERED.

Dated: New York, New York
February 4, 2021

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge