```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CISCO SYSTEMS, INC.,

                                 Plaintiff,                      20-CV-10879 (LTS) (SN)

        -against-                                     **ORDER**

SYNAMEDIA LTD.,

                                 Defendant.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In light of the parties' proposed case management plan, a conference is scheduled for Friday, August 27, 2021, at 9:30 a.m. At that time, the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    August 23, 2021
                New York, New York