USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 9/7/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

**CISCO SYSTEMS, INC.,**

                              **Plaintiff,**                         **20-CV-10879 (LTS)(SN)**

               **-against-**                                          **ORDER**

**SYNAMEDIA LTD.,**

                              **Defendant.**

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        Due to a conflict in the Court's calendar, the conference currently scheduled for Friday,

September 10, 2021, at 9:00 a.m. is RESCHEDULED for 2:00 p.m. that same day. At that time,

the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and

enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

                                        _____
                                        SARAH NETBURN
                                        United States Magistrate Judge

DATED:        September 7, 2021
              New York, New York