UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CISCO SYSTEMS, INC.                           :
                                              :
                        Plaintiff,            :   Civil Action No. 1:20-CV-10879-LTS-
     -against-                                :   SN
                                              :
SYNAMEDIA LTD. F/K/A TRITON UK BIDCO :
LIMITED                                       :
                                              :
                        Defendant.            :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


**PLAINTIFF CISCO SYSTEMS, INC.'S NOTICE OF MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Plaintiff Cisco Systems, Inc. ("Cisco"), by and through its counsel, will move this Court, at a date and time to be determined by the Court, for an order granting Cisco leave to file an amended complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure and for such further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that in accordance with Section III(A) of the Individual Practices of this Court, counsel for Cisco had a telephonic conference with counsel for Synamedia to discuss the contemplated motion. During the telephonic conference counsel for Synamedia indicated that they "do not plan to oppose," but would not commit to a final position. Counsel for Cisco repeatedly followed up with counsel for Synamedia as to Synamedia's final position, but received no response.

1

Dated: November 19, 2021

Respectfully Submitted,

*/s/ Christopher J. Letkewicz*
J. Erik Connolly (admitted *pro hac vice*)
Christopher J. Letkewicz (admitted *pro hac vice*)
Lauren T. Tortorella (admitted *pro hac vice*)
David S. Almeida
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone:  (312) 212-4949
Facsimile:  (312) 767-9192
Email:      econnolly@beneschlaw.com
            cletkewicz@beneschlaw.com
            dalmeida@beneschlaw.com
            ltortorella@beneschlaw.com

*Attorneys for Plaintiff Cisco Systems, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2021, a copy of the foregoing *Plaintiff Cisco Systems, Inc.'s Notice of Motion for Leave to File an Amended Complaint* was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

/s/ *Christopher J. Letkewicz*
*Counsel for Plaintiff Cisco Systems, Inc.*