

Christopher J. Letkewicz
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Direct Dial: 312.624.6333
Fax: 312.767.9192
cletkewicz@beneschlaw.com

November 23, 2021

**VIA ECF and Email**

The Honorable Sarah Netburn
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Cisco Systems, Inc. v. Synamedia Holdings Ltd. f/k/a Triton UK Bidco Limited*,
             No. 20-cv-10879-LTS-SN

Dear Judge Netburn:

    Plaintiff Cisco Systems, Inc. ("Cisco") submits this letter motion respectfully requesting this Court issue an Order to seal: (i) the redacted portions of Exhibits A, C, and E to the Amended Complaint, and (ii) Exhibits B and D to the Amended Complaint in their entirety.  Per Section III.F of Your Honor's Individual Practices, Cisco is contemporaneously publicly filing Exhibits A, C, and E with proposed redactions and electronically filing under seal unredacted versions of Exhibits A, C and E.  Cisco is also contemporaneously filing under seal Exhibits B and D. Defendant Synamedia Holdings Ltd. f/k/a Triton UK Bidco Limited ("Synamedia") consents to Cisco's request that certain portions of Exhibits A, C, and E and the entirety of Exhibits B and D be sealed.

    ***The Court's Prior Order to Seal.***  On February 12, 2021, Cisco filed a Letter Motion to Seal Redacted Portions of the Complaint, Redacted Portions of Exhibits A, C, and E to the Complaint, and Exhibits B and D to the Complaint in their entirely.  (Dkt. 24.)  On February 18, 2021, this Court granted Cisco's Letter Motion Seal as to "pre-suit negotiations between the parties and contractual provisions which the Complaint does not place at issue."  (Dkt. 31.)  On February 19, 2021, Cisco filed a redacted copy of its Complaint and Exhibits A, C, and E consistent with the Court's Order on the Motion to Seal.  (Dkt. 32.)  On August 30, 2021, this Court issued an Order directing Cisco to file an unredacted copy of its Complaint.  (Dkt. 38.)  The Order did not modify the Court's prior Order on sealing the Exhibits to the Complaint.  (*Id.*)  Cisco filed an unredacted copy of its Complaint on September 1, 2021.  (Dkt. 40.)

    ***Cisco's Amended Complaint.***  On November 19, 2021, Cisco moved for leave to file an amended complaint.  (Dkt. 56.)  The Amended Complaint merely corrects the naming of the successor entity for Defendant Triton UK Bidco Limited, amends other allegations in light of that correction, and updates Cisco's damages claim.  (*See* Dkt. 57.)  This Court granted Cisco's motion on November 22, 2021.  (Dkt. 59.)

The Honorable Sarah Netburn
November 23, 2021
Page 2

      The Exhibits to the Amended Complaint are identical to the Exhibits to Cisco's Original Complaint.  The grounds for sealing (i) the redacted portions of Exhibits A, C, and E to the Amended Complaint, and (ii) Exhibits B and D to the Amended Complaint in their entirety were previously articulated in Cisco's first Letter Motion to Seal and this Court's Order to Seal.  (Dkt. 28; 31.)  Cisco now respectfully requests this Court issue an Order to seal the contractual provisions that the Court previously ordered be kept under seal.  (Dkt. 31.)

                                      Respectfully submitted,

                                      BENESCH, FRIEDLANDER,
                                        COPLAN & ARONOFF LLP

                                      /s/*Christopher J. Letkewicz*

                                      Christopher J. Letkewicz